No. 848. Holt et al. *v.* Barnesville Farmers Elevator Co. March 12, 1945. Petition for writ of certiorari

to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Leonard Eriksson* for petitioners. *Mr. W. E. Rumble* for respondent.